No. 418, Misc. ADAME *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 420, Misc. KELLEY *v.* CLEMMER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General Ryan* and *Harold H. Greene* for respondent.

No. 424, Misc. FREEZE *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied. *William Alfred Hall, Jr.* for petitioner. *A. S. Harrison, Jr.,* Attorney General of Virginia, and *Thomas M. Miller,* Assistant Attorney General, for respondent.

No. 431, Misc. McNUTT *v.* TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 440, Misc. POLLOCK *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Nancy Carley* for petitioner.

No. 447, Misc. LINDEN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *Arlo E. Smith* and *Albert W. Harris, Jr.,* Deputy Attorneys General, for respondent.

No. 458, Misc. STEWART *v.* OHIO. Court of Appeals of Ohio, Cuyahoga County. Certiorari denied. Petitioner *pro se. Mark McElroy,* Attorney General of Ohio, and *Aubrey A. Wendt,* Assistant Attorney General, for respondent.

No. 511, Misc. PARSONS *v.* TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.